UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Dane C. Olson,<br><br>Plaintiff,<br><br>vs.<br><br>P. Scott Lowery, P.C. a/k/a Scott Lowery Law Office, P.C., *a foreign professional corporation,* and CACH, LLC, *a foreign limited liability company*,<br><br>Defendants. | **CIVIL FILE NO.:** 10-CV-4156 (PAM/FLN)<br><br>**ORDER** |

## ORDER FOR JUDGMENT OF DISMISSAL

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

                                                                           **BY THE COURT**

Dated: October 28, 2010                                s/Paul A. Magnuson
                                                                            Paul Magnuson
                                                                            United States District Court Judge